IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CAROL BARTON,

        Plaintiff,         Case No. 3:20-cv-00118

v.         Judge Campbell
        Magistrate Judge Newbern

THE METROPOLITAN
GOVERNMENT OF NASHVILLE AND
DAVIDSON COUNTY, TENNESSEE,

        JURY DEMAND

        Defendant.
_____/

## PLAINTIFF'S EXHIBIT LIST

**Plaintiff's Exhibits**

| Plaintiff's Exhibits | Description | Stipulation/Objection |
|---|---|---|
| 1. | Job Description (MNPS 2-3, Harris Ex. 4) | |
| 2. | Support Employee Handbook (MNPS 183-223) | |
| 3. | Time off requests (Harris Ex. 6) | |
| 4. | List of Time off Requests (Harris Ex. 7) | |
| 5. | Time reports | |
| 6. | 1/5/17 Email (Few Dep. Ex. 2) | |
| 7. | Barton Statement Re: Jehovah's Witness (Barton 46) | |
| 8. | Barton Statement to EEOC (Barton 78-79) | |
| 9. | 4/18/18 Email (Harris Dep. Ex. 5) | |
| 10. | 4/18-19/18 Email thread (Barton 84-85) | |
| 11. | 6/11/18 Email thread MNPS 4550-4551, 1402) | |
| 12. | 6/11/18 Email re Hiring Freeze (Harris Dep. Ex. 10) | |

| | | |
|---|---|---|
| **13.** | 6/12/18 Email (Barton 12) | |
| **14.** | 6/27/18 Email re HR Meeting Agenda (Story Ex. 11) | |
| **15.** | 8/14/18 Email thread from Carol Barton re: Time Away (Barton 15) | |
| **16.** | 5/6/19 Notes from Few Interview (Few Dep. Ex. 3) | |
| **17.** | 5/23/19 EEOC Letter (Barton 70-71) | |
| **18.** | Defendant Responses to Requests for Admission (Earnest Dep. Ex. 12) | |
| **19.** | Defendant's Responses to Interrogatories | |
| **20.** | Updated Report of Dr. Charles Baum and attachments, appendix, including Barton 128-140, Barton's 2017-2018 Time Detail Spread Sheet, Pay History, 2021 W-2 | |
| **21.** | Summaries of voluminous information set forth in the Defendant's requests for admissions | |
| **22.** | EEOC charge (Barton 75) | |
| **23.** | 2020 W-2 | |

Respectfully submitted,

HMC Civil Rights Law, PLLC

*s/ Heather Moore Collins*
Heather Moore Collins (# 026099)
Ashley Shoemaker Walter (#037651)
7000 Executive Center Dr., Suite 320
Brentwood, TN 37027
615-724-1996
615-691-7019 FAX
heather@hmccivilrights.com
ashley@hmccivilrights.com

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I certify that on October 24, 2022, the forgoing was served on counsel by email through the Court's CM/ECF system to:

> J. Brooks Fox
> Kelli F. Woodward
> Benjamin A Puckett
> Metropolitan Courthouse, Suite 108
> P.O. Box 196300
> Nashville, Tennessee 37219-6300
> .
> *Attorney for the Defendant*

> <u>*/s Heather M. Collins*</u>
> Heather Moore Collins