EEOC case of Carol Barton vs Metro Schools Human Resources Department

EEOC Office
220 Athens Way #350
Nashville, TN
1-800-669-4000

Appt. 9/14/2018 - 8:00 a.m.

EEOC Inquiry #494-2018-02407

Password:

I was selected as delegate for a Religious Convention in Asia. Knowing the importance of letting management know as soon as possible, I told my supervisor in January as I would need time off in June. By doing this, I was giving them a 5 month notice so we could come up with a game plan. Selina Harris my immediate supervisor told me to speak with boss Lisa Few. We decided for me to meet with Lisa to discuss my leave. She declined my request and even went as far to say perhaps I needed to get another job in another location or even in the schools since I needed my summer off. I asked her are you telling me to look for another job? Lisa said no, but since you are having trouble needing off, I thought this would be better for you. In my whole 12 years at Metro, I never had any trouble during the summer with anything religious request I would ask for (2 or 3 days for my established summer convention for a Jehovah's Witness). I told Lisa I understood the summer is our busiest time as I had worked them for 12 years. My request was a special one in that we don't have Special conventions until every 5 years. In the Support Handbook, we have Personal days (which I get 3 a fiscal year) and we get 2 Religious Days a year. Also, I had 9 weeks' vacation available. That was plenty of time for what I needed although I only requested 12 days. I explained to Selina with a calendar when I needed off and that I would be back before the crucial time (first day of school or first school payroll). Despite my efforts with a 2nd and 3rd request I was still denied. On June 7, 2018, I went the last time to ask and Selina did they have a change of heart to work with me, and she told me that she was going to hate to see me go, but that she would not approve it. I went back to my desk and wrote the resignation/transfer letter to the Substitute office with June 20th being my last day in the Human Resources Office. Unaware that they were planning to advertise my job while I was still employed.

I went on my trip and returned to the states on Tuesday, July 11, 2018. I have could have easily been back to work on Wednesday, July 12, 2018 if need be, but wasn't given that opportunity. On Friday, they had someone in my position. The point of saying this is, it was presented to me that our department was going to be so busy that they couldn't afford to approve my religious leave as they needed me, however no one worked in my position while I was gone and turns out they were not as busy as they had been in pass years. The request for the new employee was made on 6/22/18 and they were transferred to the position on Friday, July 13, 2018.

Work history – hired as a substitute in August 2003 (temporary -p/t)

Transferred – Human Resources in August 2006 – June 20, 2018

Transferred – went back to a substitute position June 27, 2018

Since I was transferred to subbing, there were no positions for me until school started 8/7/18, therefore, I was without income from June 22 (the start of a new payroll period till August 24th pay day for the school year).

This forced transfer caused me to lose *$10,645.44* (80 hours bi-weekly x 6 weeks thus far) June 22 till September 13, 2018.

My salary as an Information Systems Specialist was *$46,130.24*. Having to transfer to a substitute teacher resulted in my salary to be cut in half to 12.00 and hour from 22.178.

I have had an excellent working record with Metro Schools and enjoyed what I was doing. My hope is that no one else will have to chose between their faith, family or illness to retain their employment.

I have no animosity, just want things to be fair and to have been respected and treated fairly.