L. Few 12/08/20
Exhibit
03

On-Site Notes 5/6/2019

494-2018-02407

Carol Barton v. Metro Nashville Public Schools

Name: Lisa Few

Position: R-12 Project Manager, 5 years

During the interview, Ms. GFew stated the following:

- She was the Director for the part of HR where the CP worked.
- There is one supervisor between her and the CP.
- CP was employed as an HR Information Specialist
- There were 5 individuals, including CP, that held the position Of HR Information Specialsit.
- She made the decision that CP could nopt keep her job and attend the religious conference.
- She stated that CP had attended other religious events in the past but these events we only for 3-4 days. In this instance, CP was requesting 12 days.
- She stated that Respondent did not have a written policy of denying employees time off during the summer. She stated that for the last 2 summers, Respondent has prohibited HR employees (in CP's department) from taking time off work during the summer – because of the workload.
- She stated that she had informed employees that they could not take time off via email.
- She claims that CP went to her supervisor with the request and that she made the decision to deny the request.
- She stated that she could not approve the Request. She claims that during the summer metro hires about 600 teachers, transfers about 800, does onboarding for the new employees, process pay changes, terminates employs, does background checks, I-9s, and other functions.
- When CP was informed about the denial, she claims CP resigned. She does not know anything about CP's continued employment.
- Because CP resigned, she stated that she and CP's supervisor did most of CP's work
- She was informed that pay records had been obtained that indicated the employs who held CP's position only worked about 6 hours overtime (combined) during a six week timeframe (2 weeks before, during, and after the CP could have returned) and was asked how this constituted a business hardship with CP being gone. Again, she stated that she and CP's supervisor did most of the work.
- She was told that CP alleged that she was not replaced until after she had returned and would have been back to work. She stated she did not recall.
- She was informed that according to pay records, others took vacation time during the summer and during the time the email prohibited vacation time. She stated that she did not recall this.
- She stated that she could not do without CP because CP was the individual with the most experience and was very productive.

- CP was replaced by Christy Overstreet, who was transferred from another department.
- She stated that CP requested 12 days off for an overseas mission trip. She claims that CP had been in her role for 12 years and knew how violent the workload was during this timeframe.