IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


CAROL BARTON,

     Plaintiff,

v.

THE METROPOLITAN
GOVERNMENT OF NASHVILLE AND
DAVIDSON COUNTY, TENNESSEE,

     Defendant.

Case No. 3:20-CV-00118

EXPERT REPORT OF CHARLES L. BAUM, PH.D.

September 5, 2022

ECONOMIC LOSS APPRAISAL IN THE CASE OF CAROL BARTON

1.     I am Charles L. Baum II, Ph.D., a professor of economics and finance at Middle Tennessee State University. I have a Ph.D. in economics from the University of North Carolina at Chapel Hill and a B.A. in political science and economics from Wake Forest University. My full curriculum vita is provided as Exhibit A. Neither I nor my opinions represent Middle Tennessee State University, the University of North Carolina at Chapel Hill, or Wake Forest University in this matter. I generate this report on behalf of Baum Economics LLC.

2.     In this report, I provide an analysis of the economic losses from lost earnings and lost employment benefits for Carol Barton (Mrs. Barton) due to Mrs. Barton's demotion by Metro-Nashville Public Schools (MNPS) on or around June 27, 2018. This report updates my prior reports from October 1, 2021 and July 7, 2022.

3.     In return for this report, I am compensated at a rate of $220 per hour by the plaintiff. I attempt to follow guidance provided by case law in my calculations.

4.     It is my understanding Mrs. Barton was born November 4, 1961, graduated with an Associate's Degree in computer science information technologies from Nashville State Community College, and lives in Nashville, Tennessee.

5.      It is my understanding Mrs. Barton was hired by MNPS as a human resources senior account clerk in August 2006 and was promoted to human resources information systems specialist in August 2011, processing and on-boarding information for new hires, re-hires, and transfers of teachers and support employees.

6.      It is my understanding Mrs. Barton requested leave from work for religious reasons in January and April 2018 but was denied reasonable accommodations and was instead demoted to substitute teacher—a part-time position—on or around June 27, 2018.

7.      It is my understanding Mrs. Barton believes MNPS's failure to accommodate her requests for leave for religious reasons and her demotion to substitute teacher is discriminatory, retaliatory, and wrongful and is in violation of Title VII of the Civil Rights Act.

8.      According to documents I have reviewed, Mrs. Barton's most recent salary at MNPS as a human resources information systems specialist was $46,130.24 per year (for the 2017-2018 academic year) from $22.178 per hour with employment benefits valued at 19.99 percent of earnings.

9.      According to documents I have reviewed, Mrs. Barton's salary at MNPS as a substitute teacher is $23,400 per year (for the 2018-2019 academic year) from 1950 annual hours at $12.00 per hour.

10.     According to documents I have reviewed, Mrs. Barton earned from MNPS $38,946.98 in 2018, $9,306.00 in 2019, $1,908 in 2020, $1,153.46 in 2021, and $2,085 in 2022 through June 10, 2022.

11.     According to documents I have reviewed, Mrs. Barton earned $633.00 from A-Z DME in 2021.

12.     In this analysis, based on the assumption that paragraphs 4-11 are true, I calculate the economic losses to Mrs. Barton in the form of lost earnings and lost employment benefits due to being demoted to substitute teacher by MNPS on or around June 27, 2019.

13.     **The present value of the economic losses to Mrs. Barton due to being demoted by MNPS is calculated to range from $221,716 to $378,921.** The case-related documents used to prepare this analysis are listed in Exhibit B and other references are listed in Exhibit C.

14.     Federal and Tennessee courts in employment cases allow recovery for lost earnings as part of the process of making the injured party whole (*Albemarle Paper Co. v. Moody,* 422 U.S. 405, 418, 95 S.Ct. 2362, 2372, 45 L.Ed.2d 280 (1975); *Frye v. Memphis State University*, 806 S.W.2d 170 (Tenn.1991)). Lost pay from the time of the discrimination to the trial (back pay) and after the trial (front pay) are both recoverable (*Shore v. Federal Express Corp.,* 777 F.2d 1155,

1159 (6th Cir.1985); *Coffey v. Fayette Tubular Product*, 929 S.W.2d 326, 332 (Tenn.1996); Baum, 2015).

15.     Lost employment benefits, such as insurance and retirement benefits, are recoverable in Sixth Circuit and Tennessee employment cases (*Arban v. West Publ'g Corp.,* 345 F.3d 390, 405 (6th Cir.2003); *Jordan v. A.C. Enterprises, Inc.*, 2012 WL 6562032, *4 (Tenn.Ct.App.2012)).  However, in some circuits, including the Sixth Circuit, if a terminated worker lost an employer-provided benefit, such as health insurance coverage, but did not replace that benefit after the discrimination and incurred no monetary loss for not having that benefit, then the injured party is not be eligible to receive compensation for that benefit (*Gunter v. Bemis Co., Inc.,* 906 F.3d 484, 493 (6th Cir.2018); *Tolan v. Levi Strauss & Co.,* 867 F.2d 467, 470 (8th Cir.1989)).

16.     The economic loss is a projection of the difference in Mrs. Barton's projected earnings and employment benefits as a human resources information systems specialist with MNPS and her actual and projected earnings and employment benefits from being a substitute teacher with MNPS after her demotion.

17.     A trial date of November 8, 2022 is used to develop a calculation of the economic losses.

18.     The first part of the calculation is the loss from the past, pre-trial period, which is June 27, 2018 (when Mrs. Barton was demoted to substitute teacher by MNPS) through November 8, 2022.  The second part is the loss from the future, post-trial period, from November 9, 2022 to May 31, 2027, which is the period represented by Mrs. Barton's remaining worklife expectancy (8.92 years) from the time she was demoted on or around June 27, 2018 (Skoog, Ciecka, and Krueger, 2019). Worklife expectancies are derived from Markov increment-decrement models, which are based on survival probabilities calculated using the U.S. Life Tables and employment transition probabilities calculated with Current Population Survey (CPS) data.

19.     I assume Mrs. Barton, absent her demotion, would have continued working for MNPS as a human resources information systems specialist with earnings of $46,130.24 per year (for the 2017-2018 academic year).

20.     Mrs. Barton's earnings are assumed to have grown over time with price inflation and productivity (Becker, 1975; Ben-Porath, 1967; Gilbert, 1997).  Wages tend to increase over time with prices to maintain purchasing power, and wages tend to increase over time as workers become more productive with the newest and latest technologies. Workers also become more productive over their careers as they acquire work experience and learn new skills on the job.

21.     I project future wage inflation using a rate of 3.07 percent per year.  Over the past 10 years, the average annual growth rate in weekly earnings for production and nonsupervisory employees in the private sector in the Current Employment

Statistics (CES), in the wages and salaries of all civilian workers in the Employment Cost Index (ECI), and in wages for covered workers reported by the Social Security Administration (SSA) has been 2.91 percent, and over the past 20 years, the average rate of annual wage growth in CES, ECI, and SSA data has been 2.81 percent (Bureau of Labor Statistics, 2022a, 2022b). The Congressional Budget Office forecasts wage growth for civilian workers of 3.00 percent per year in 10 years, and the Social Security Advisory Board predicts long-term wage growth for covered workers of 3.55 percent annually (Congressional Budget Office, 2022; Social Security Trustees Report, 2022).

22. I assume Mrs. Barton absent her demotion would have continued receiving non-government-mandated employment benefits from MNPS valued at 12.34 percent of earnings (19.99 percent of earnings minus government-mandated benefits equal to 7.65 percent of earnings). Otherwise, the average proportion of compensation represented by employer-provided retirement benefits (counting paid leave and supplemental pay as part of wage and salary income) for civilian public sector workers, as reported by the Bureau of Labor Statistics (2020), is 11.9 percent of compensation (16.81 percent of earnings).

23. I assume Mrs. Barton absent her employment demotion would have continued receiving government-mandated employment benefits. Government-mandated employment benefits equal the employer-paid portion of the payroll tax (OASDI), which is 6.2 percent of earnings up to the Social Security wage base, which is $128,400 for 2018, $132,900 for 2019, and $137,700 for 2020 for the Social Security's Old-Age, Survivors, and Disability Insurance program (Social Security Administration, 2017). The 1.45 percent payroll tax for Medicare is not included in the economic losses. Future Social Security wages bases are assumed to increase at the rate of price inflation.

24. Future price inflation is projected to be 2.20 percent per year. Over the past 10 years, the average rate of annual price inflation, as measured by the Consumer Price Index, has been 1.89 percent, and over the past 20 years, it has been 2.16 percent per year (Bureau of Labor Statistics, 2022c). The Congressional Budget Office forecasts price inflation of 2.30 percent annually in 10 years, and the Social Security Advisory Board predicts long-term price inflation of 2.40 percent per year (Congressional Budget Office, 2022; Social Security Trustees Report, 2022).

25. In a first scenario, shown in Table 1, I subtract from the economic losses Mrs. Barton's potential earnings as a substitute teacher for MNPS, projected to be $23,400 per year (for the 2018-2019 academic year). As before, I assume Mrs. Barton's earnings increase over time at the rate of wage growth described above and I assume Mrs. Barton receives government-mandated employment benefits, but I do not include non-government-mandated employment benefits because Mrs. Barton is assumed to be employed on a part-time basis and is not eligible for insurance and retirement benefits.

26.     Losses are adjusted for the annual probability Mrs. Barton would have remained employed by MNPS in each year of the analysis (see estimation procedures in Baum, 2013). These annual probabilities are calculated using regression model parameters estimated with data collected by the Bureau of Labor Statistics through the National Longitudinal Survey of Youth. These estimates are adjusted for and are specific to Mrs. Barton's gender, age, education level, wage rate, occupation, and tenure with the defendants and are adjusted for economic conditions. Shown in the Tables is the yearly survival probability for the period from 2018 through 2027 with MNPS. The survival probability is derived from annual hazard rates. The hazard rate is the conditional probability Mrs. Barton's employment for the defendants would have ended in a particular year. The survivor rate is the cumulative of the hazard rates and is the probability Mrs. Barton would have remained employed for the defendants for a particular duration given her tenure.

27.     When awarding damages for front pay, federal and Tennessee courts in employment cases require future losses to be discounted to present value (*Suggs v. ServiceMaster Educ. Food Management*, 72 F.3d 1228, 1234 (6th Cir.1996). See also *Roush v. KFC Nat'l Mgmt. Co.,* 10 F.3d 392, 399 (6th Cir.1993) and *Shore v. Federal Express Corp.,* 777 F.2d 1155, 1160 (6th Cir.1985)). This is to identify the amount paid in the present as a lump-sum that when invested will grow in the future to the amount of the losses.

28.     Future dollar values are discounted to present value using a rate of 3.23 percent. Over the past 10 years, the average interest rate on 1-year treasury bills, 10-year treasury notes, and 20-year treasury bonds has been 1.76 percent, and over the past 20 years, the average interest rate on 1-year treasury bills, 10-year treasury notes, and 20-year treasury bonds has been 2.66 percent (Board of Governors of the Federal Reserve System, 2022). The Congressional Budget Office forecasts interest rates on 10-year treasury notes to be 3.80 percent in 10 years, and the Social Security Advisory Board predicts long-term interest rates on a mix of treasury securities to be 4.70 percent (Congressional Budget Office, 2022; Social Security Trustees Report, 2022).

29.     Just as a lump sum paid today can grow when invested with interest to a larger amount in the future—which motivates present value discounting of future losses—past losses could have grown to a larger amount today if invested with interest. The economic theory of the time value of money suggests past losses should be increased due to the ability to earn interest (just as future losses should be reduced to present value due to the ability to earn interest, discussed below). Pre-judgment interest makes wronged plaintiffs whole by reimbursing for the lost use of funds.

30.     It is my understanding federal and Tennessee courts have allowed interest to be paid on pre-judgment losses as damages in employment matters (*Thurman v. Yellow Freight Sys., Inc.,* 90 F.3d 1160, 1170 (6th Cir.1996); *Frye v. Memphis State University*, 806 S.W.2d 170, 172 (Tenn.1991)) to make the

plaintiff whole (*United States v. City of Warren*, 138 F.3d 1083, 1096 (6th Cir.1998); *Myint v. Allstate Ins. Co.,* 970 S.W.2d 920, 927 (Tenn.1998); *Spencer v. A-1 Crane Serv., Inc.,* 880 S.W.2d 938, 944 (Tenn.1994)). It is further my understanding that Tennessee Code Annotated §47-14-123 limits interest to not more than 10 percent. In turn, pre-trial interest is included because Mr. Carroll lost the use of income. I use the average interest rate on 1-year treasury bills, 10-year treasury notes, and 20-year treasury bonds (Board of Governors of the Federal Reserve System, 2022).

31.     Taxes due on lump-sum damages awards may differ from what the tax liability would have been on periodic earnings from the terminating employer.  However, courts in the Sixth Circuit have not supported making adjustments for this (*Taylor v. Brennan*, 2015 WL 3466272 at *3 (W.D.Tenn.2015); *Pollard v. E.I. DuPont de Nemours, Inc.*, 338 F.Supp.2d 865, 883 (W.D.Tenn.2003); Baum, 2015). Following that precedent, I do not incorporate tax adjustments in my analysis.

32.     It is my understanding that in federal courts, benefits and payments from a collateral source—a source other than the tortfeasor—are normally inadmissible, and economic damages are typically not reduced by payments made from collateral sources (*Jackson v. City of Cookeville*, 31 F.3d 1354, 1359 (6th Cir.1994)).  The Sixth Circuit has concluded that collateral benefits should not ordinarily be deducted as offsets (*Hamlin v. Charter Tp. of Flint*, 165 F.3d 426, 432 (6th Cir.1999)).  However, if the tortfeasor or an entity acting on the tortfeasor's behalf makes a payment or provides a benefit, such as severance pay, to the injured party, then economic damages should be reduced by that amount. Benefits that are commonly subject to the collateral source rule include unemployment benefits (*Rasimas v. Michigan Dept. of Mental Health*, 714 F.2d 614, 623 (6th Cir.1983)) and workers' compensation (*Thurman v. Yellow Freight Sys., Inc.,* 90 F.3d 1160, 1170 (6th Cir.1996)).  Following this, I make no adjustments for income or benefits, if any, from third-party sources and instead consider this to be a collateral source that would become a windfall to the defendant were it to be deducted from the economic damages.

33.     Presented in Table 1, the present value of the economic losses from lost earnings and lost employment benefits is calculated to be $234,087.

34.     In a second scenario, shown in Table 2, I subtract from the economic losses Mrs. Barton's actual earnings as a substitute teacher for MNPS of $38,946.98 in 2018, $9,306.00 in 2019, $1,908 in 2020, and $1,153.46 in 2021.  I project Ms. Barton's future earnings as a substitute teacher for MNPS to be $4,170 per year beginning in 2022 (in year-2022 dollars), which is the annually-prorated value of her earnings as a substitute teacher in 2022 through June 10, 2022.  Otherwise, I make the same assumptions and use the same methodology and rates as in my first scenario.  Shown in Table 2, in this second scenario, the present value of the economic losses from lost earnings and lost employment benefits is calculated to be $378,921.

35.     In third and fourth scenarios, shown in Tables 3 and 4, I repeat my first two scenarios excluding the projected value of insurance benefits. In these scenarios, the remaining non-government-mandated employment benefits are assumed to consist of retirement benefits valued at 9.08 percent of her earnings (Metro-Nashville Financial Report, 2018). This is based on MNPS's contribution to the Tennessee Consolidated Retirement System on Mrs. Barton's behalf under the legacy plan, for employees hired before 2014. In these scenarios, the present value of the economic losses is calculated to be $221,716 and $366,550, respectively.

36.     Given the documents and information provided by Mrs. Barton and her attorneys and given the applicable economic information available for the analysis, I believe these calculations and this analysis to be reasonable and reflective of the economic circumstances of this case.

37.     I reserve the right to revise this report if or when additional information becomes available.


*Charles L. Baum*

_____
Charles L. Baum, Ph.D.
Baum Economics LLC, Member
cbaum@baumeconomics.com
(615) 556-9287

Table 1: Economic Losses from Lost Earnings and Lost Employment Benefits for Mrs. Barton

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | Growth | HR Earnings | HR Benefits | Social Security Benefits | Substitute Earnings | Social Security Benefits | Loss | Tenure Prob. | Adjusted Loss | Interest | Total Loss | Discount Period | Discount Rate | Discount Factor | Present Value | Cumulative Value |
| **Past** | | | | | | | | | | | | | | | | |
| 2018 | 3.25 | 46,886 | 5,786 | 2,907 | 38,947 | 2,415 | 14,217 | 0.977 | 13,889 | 0 | 13,889 | N/A | 2.75 | N/A | 13,889 | 13,889 |
| 2019 | 3.19 | 48,381 | 5,970 | 3,000 | 23,776 | 1,474 | 32,101 | 0.905 | 29,053 | 309 | 29,362 | N/A | 2.20 | N/A | 29,362 | 43,251 |
| 2020 | 3.84 | 50,240 | 6,200 | 3,115 | 24,690 | 1,531 | 33,334 | 0.845 | 28,177 | 380 | 28,558 | N/A | 0.88 | N/A | 28,558 | 71,809 |
| 2021 | 5.00 | 52,754 | 6,510 | 3,271 | 25,925 | 1,607 | 35,002 | 0.798 | 27,921 | 849 | 28,769 | N/A | 1.17 | N/A | 28,769 | 100,579 |
| 2022 | 3.07 | 46,478 | 5,735 | 2,882 | 22,841 | 1,416 | 30,838 | 0.756 | 23,313 | 2,816 | 26,128 | N/A | 3.23 | N/A | 26,128 | 126,707 |
| **Future** | | | | | | | | | | | | | | | | |
| 2022 | 3.07 | 7,895 | 974 | 490 | 3,880 | 241 | 5,239 | 0.756 | 3,960 | 0 | 3,960 | 0.15 | 3.23 | 1.00 | 3,942 | 130,649 |
| 2023 | 3.07 | 56,043 | 6,916 | 3,475 | 27,541 | 1,708 | 37,184 | 0.726 | 26,991 | 0 | 26,991 | 1.00 | 3.23 | 0.96 | 26,026 | 156,675 |
| 2024 | 3.07 | 57,763 | 7,128 | 3,581 | 28,387 | 1,760 | 38,326 | 0.679 | 26,042 | 0 | 26,042 | 1.00 | 3.23 | 0.93 | 24,326 | 181,001 |
| 2025 | 3.07 | 59,537 | 7,347 | 3,691 | 29,258 | 1,814 | 39,503 | 0.635 | 25,065 | 0 | 25,065 | 1.00 | 3.23 | 0.90 | 22,680 | 203,681 |
| 2026 | 3.07 | 61,365 | 7,572 | 3,805 | 30,157 | 1,870 | 40,715 | 0.603 | 24,551 | 0 | 24,551 | 1.00 | 3.23 | 0.88 | 21,520 | 225,201 |
| 2027 | 3.07 | 26,166 | 3,229 | 1,622 | 12,859 | 797 | 17,361 | 0.592 | 10,271 | 0 | 10,271 | 0.41 | 3.23 | 0.87 | 8,886 | 234,087 |

Table 2: Economic Losses from Lost Earnings and Lost Employment Benefits for Mrs. Barton

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | Growth | HR Earnings | HR Benefits | Social Security Benefits | Substitute Earnings | Social Security Benefits | Loss | Tenure Prob. | Adjusted Loss | Interest | Total Loss | Discount Period | Discount Rate | Discount Factor | Present Value | Cumulative Value |
| **Past** | | | | | | | | | | | | | | | | |
| 2018 | 3.25 | 46,886 | 5,786 | 2,907 | 38,947 | 2,415 | 14,217 | 0.977 | 13,889 | 0 | 13,889 | N/A | 2.75 | N/A | 13,889 | 13,889 |
| 2019 | 3.19 | 48,381 | 5,970 | 3,000 | 9,306 | 577 | 47,468 | 0.905 | 42,962 | 309 | 43,271 | N/A | 2.20 | N/A | 43,271 | 57,160 |
| 2020 | 3.84 | 50,240 | 6,200 | 3,115 | 1,908 | 118 | 57,529 | 0.845 | 48,629 | 503 | 49,131 | N/A | 0.88 | N/A | 49,131 | 106,291 |
| 2021 | 5.00 | 52,754 | 6,510 | 3,271 | 1,786 | 111 | 60,637 | 0.798 | 48,370 | 1,256 | 49,626 | N/A | 1.17 | N/A | 49,626 | 155,917 |
| 2022 | 3.07 | 46,478 | 5,735 | 2,882 | 2,085 | 129 | 52,881 | 0.756 | 39,976 | 4,365 | 44,341 | N/A | 3.23 | N/A | 44,341 | 200,258 |
| **Future** | | | | | | | | | | | | | | | | |
| 2022 | 3.07 | 7,895 | 974 | 490 | 606 | 38 | 8,716 | 0.756 | 6,589 | 0 | 6,589 | 0.15 | 3.23 | 1.00 | 6,559 | 206,817 |
| 2023 | 3.07 | 56,043 | 6,916 | 3,475 | 4,298 | 266 | 61,869 | 0.726 | 44,909 | 0 | 44,909 | 1.00 | 3.23 | 0.96 | 43,304 | 250,120 |
| 2024 | 3.07 | 57,763 | 7,128 | 3,581 | 4,430 | 275 | 63,768 | 0.679 | 43,330 | 0 | 43,330 | 1.00 | 3.23 | 0.93 | 40,474 | 290,594 |
| 2025 | 3.07 | 59,537 | 7,347 | 3,691 | 4,566 | 283 | 65,726 | 0.635 | 41,705 | 0 | 41,705 | 1.00 | 3.23 | 0.90 | 37,737 | 328,331 |
| 2026 | 3.07 | 61,365 | 7,572 | 3,805 | 4,706 | 292 | 67,744 | 0.603 | 40,849 | 0 | 40,849 | 1.00 | 3.23 | 0.88 | 35,806 | 364,137 |
| 2027 | 3.07 | 26,166 | 3,229 | 1,622 | 2,007 | 124 | 28,886 | 0.592 | 17,090 | 0 | 17,090 | 0.41 | 3.23 | 0.87 | 14,784 | 378,921 |

Table 3: Economic Losses from Lost Earnings and Lost Employment Benefits for Mrs. Barton

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| _Year_ | _Growth_ | _HR Earnings_ | _HR Benefits_ | _Social Security Benefits_ | _Substitute Earnings_ | _Social Security Benefits_ | _Loss_ | _Tenure Prob._ | _Adjusted Loss_ | _Interest_ | _Total Loss_ | _Discount Period_ | _Discount Rate_ | _Discount Factor_ | _Present Value_ | _Cumulative Value_ |
| **Past** | | | | | | | | | | | | | | | | |
| 2018 | 3.25 | 46,886 | 4,257 | 2,907 | 38,947 | 2,415 | 12,689 | 0.977 | 12,396 | 0 | 12,396 | N/A | 2.75 | N/A | 12,396 | 12,396 |
| 2019 | 3.19 | 48,381 | 4,393 | 3,000 | 23,776 | 1,474 | 30,524 | 0.905 | 27,626 | 276 | 27,902 | N/A | 2.20 | N/A | 27,902 | 40,298 |
| 2020 | 3.84 | 50,240 | 4,562 | 3,115 | 24,690 | 1,531 | 31,697 | 0.845 | 26,793 | 354 | 27,147 | N/A | 0.88 | N/A | 27,147 | 67,445 |
| 2021 | 5.00 | 52,754 | 4,790 | 3,271 | 25,925 | 1,607 | 33,282 | 0.798 | 26,549 | 797 | 27,346 | N/A | 1.17 | N/A | 27,346 | 94,791 |
| 2022 | 3.07 | 46,478 | 4,220 | 2,882 | 22,841 | 1,416 | 29,323 | 0.756 | 22,167 | 2,654 | 24,821 | N/A | 3.23 | N/A | 24,821 | 119,612 |
| **Future** | | | | | | | | | | | | | | | | |
| 2022 | 3.07 | 7,895 | 717 | 490 | 3,880 | 241 | 4,981 | 0.756 | 3,766 | 0 | 3,766 | 0.15 | 3.23 | 1.00 | 3,748 | 123,360 |
| 2023 | 3.07 | 56,043 | 5,089 | 3,475 | 27,541 | 1,708 | 35,357 | 0.726 | 25,665 | 0 | 25,665 | 1.00 | 3.23 | 0.96 | 24,748 | 148,108 |
| 2024 | 3.07 | 57,763 | 5,245 | 3,581 | 28,387 | 1,760 | 36,443 | 0.679 | 24,763 | 0 | 24,763 | 1.00 | 3.23 | 0.93 | 23,130 | 171,238 |
| 2025 | 3.07 | 59,537 | 5,406 | 3,691 | 29,258 | 1,814 | 37,562 | 0.635 | 23,834 | 0 | 23,834 | 1.00 | 3.23 | 0.90 | 21,566 | 192,804 |
| 2026 | 3.07 | 61,365 | 5,572 | 3,805 | 30,157 | 1,870 | 38,715 | 0.603 | 23,345 | 0 | 23,345 | 1.00 | 3.23 | 0.88 | 20,463 | 213,267 |
| 2027 | 3.07 | 26,166 | 2,376 | 1,622 | 12,859 | 797 | 16,508 | 0.592 | 9,767 | 0 | 9,767 | 0.41 | 3.23 | 0.87 | 8,449 | 221,716 |

Table 4: Economic Losses from Lost Earnings and Lost Employment Benefits for Mrs. Barton

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | Growth | HR Earnings | HR Benefits | Social Security Benefits | Substitute Earnings | Social Security Benefits | Loss | Tenure Prob. | Adjusted Loss | Interest | Total Loss | Discount Period | Discount Rate | Discount Factor | Present Value | Cumulative Value |
| **Past** | | | | | | | | | | | | | | | | |
| 2018 | 3.25 | 46,886 | 4,257 | 2,907 | 38,947 | 2,415 | 12,689 | 0.977 | 12,396 | 0 | 12,396 | N/A | 2.75 | N/A | 12,396 | 12,396 |
| 2019 | 3.19 | 48,381 | 4,393 | 3,000 | 9,306 | 577 | 45,891 | 0.905 | 41,534 | 276 | 41,810 | N/A | 2.20 | N/A | 41,810 | 54,206 |
| 2020 | 3.84 | 50,240 | 4,562 | 3,115 | 1,908 | 118 | 55,891 | 0.845 | 47,244 | 477 | 47,721 | N/A | 0.88 | N/A | 47,721 | 101,927 |
| 2021 | 5.00 | 52,754 | 4,790 | 3,271 | 1,786 | 111 | 58,918 | 0.798 | 46,998 | 1,204 | 48,202 | N/A | 1.17 | N/A | 48,202 | 150,129 |
| 2022 | 3.07 | 46,478 | 4,220 | 2,882 | 2,085 | 129 | 51,366 | 0.756 | 38,831 | 4,203 | 43,034 | N/A | 3.23 | N/A | 43,034 | 193,163 |
| **Future** | | | | | | | | | | | | | | | | |
| 2022 | 3.07 | 7,895 | 717 | 490 | 606 | 38 | 8,459 | 0.756 | 6,395 | 0 | 6,395 | 0.15 | 3.23 | 1.00 | 6,365 | 199,528 |
| 2023 | 3.07 | 56,043 | 5,089 | 3,475 | 4,298 | 266 | 60,042 | 0.726 | 43,583 | 0 | 43,583 | 1.00 | 3.23 | 0.96 | 42,025 | 241,553 |
| 2024 | 3.07 | 57,763 | 5,245 | 3,581 | 4,430 | 275 | 61,885 | 0.679 | 42,051 | 0 | 42,051 | 1.00 | 3.23 | 0.93 | 39,279 | 280,831 |
| 2025 | 3.07 | 59,537 | 5,406 | 3,691 | 4,566 | 283 | 63,785 | 0.635 | 40,473 | 0 | 40,473 | 1.00 | 3.23 | 0.90 | 36,622 | 317,454 |
| 2026 | 3.07 | 61,365 | 5,572 | 3,805 | 4,706 | 292 | 65,743 | 0.603 | 39,643 | 0 | 39,643 | 1.00 | 3.23 | 0.88 | 34,748 | 352,202 |
| 2027 | 3.07 | 26,166 | 2,376 | 1,622 | 2,007 | 124 | 28,033 | 0.592 | 16,585 | 0 | 16,585 | 0.41 | 3.23 | 0.87 | 14,348 | 366,550 |

Notes to the Tables

1.　　　Year.  The trial date is November 8, 2022.

2.　　　Wage growth rate.

3.　　　MNPS human resources information systems specialist earnings.

4.　　　MNPS human resources information systems specialist employment benefits.

5.　　　MNPS human resources information systems specialist government-mandated benefits.

6.　　　MNPS substitute teacher earnings.

7.　　　MNPS substitute teacher government-mandated benefits.

8.　　　Loss equals MNPS projected earnings and employment benefits as a human resources information systems specialist minus MNPS actual and project earnings and employment benefits as a substitute teacher.

9.　　　Tenure is the probability of continued employment with MNPS.

10.　　Adjusted loss is loss adjusted for the probability of continued employment with MNPS.

11.　　Interest on past losses.

12.　　Total loss is adjusted loss plus interest.

13.　　Discount period.

14.　　Discount rate.

15.　　Discount factor.

16.　　Present value of economic losses.

17.　　Cumulative present value of economic losses.

Exhibit A: Charles Baum's Resume

# CHARLES L. BAUM II, Ph.D.

2930 Cherry Blossom Lane
Murfreesboro, Tennessee 37129
cbaum@baumeconomics.com
W: 615-556-9287

## EMPLOYMENT

Middle Tennessee State University

> Professor of Economics (2010-present)

> Chair, Department of Economics and Finance (2008-2014)

> Associate Professor of Economics (2004-2010)

> Director of the Economics Graduate Programs (2004-2008)

> Assistant Professor of Economics (1999-2004)

Baum Economics LLC

> Member (2015-present)

## EDUCATION

Ph.D., Economics, University of North Carolina at Chapel Hill (1999)

B.A., Economics, Wake Forest University (1995)

B.A., Political Science, Wake Forest University (1995)

RESEARCH INTERESTS / SPECIALTIES:  Labor Economics, Employment, Wages, Earnings, Employment Benefits, Unemployment, Retirement Decisions, Worklife Expectancies, and Social Security Income and Benefits

TESTIMONY (DEPOSITION AND TRIAL)**

**Last four years (2017-2021), in reverse order; pre-2017 testimony available upon request.

IN THE STATE COURT OF FULTON COUNTY, STATE OF GEORGIA, CHARLES LIATYS, Plaintiff, v. SOUTHWIRE COMPANY, LLC, WESTBAY TECHNOLOGIES, LTD., and HOME DEPOT U.S.A., INC., Defendants. Civil Action File No.: 19-EV-00385.  September 24, 2021.  (Deposition).

IN CIRCUIT COURT OF DAVIDSON COUNTY, TENNESSEE, NELLEE QUINN NIX, a minor, by and through her parents and next of kin, JUSTIN NIX and KRISTSA NIX, Plaintiffs, v. SAINT THOMAS MIDTOWN HOSPITAL, TENNESSEE WOMEN'S CARE, P.C., ROSEANN MAIKIS, M.D., and ELIZABETH BEAVERS, R.N., Defendants.  September 20, 2021.  (Deposition).

IN THE CIRCUIT COURT FOR COFFEE COUNTY, TENNESSEE, SUSAN WALTON, individually and as surviving spouse and next of kin of JAMES WALTON, deceased, Plaintiff, v. TULLAHOMA HMA, LLC d/b/a HARTON REGIONAL MEDICAL CENTER, Defendant, No. 40937.  September 14, 2021.  (Trial).

SUPERIOR COURT OF NEW JERSEY, SOMERSET COUNTY, CHEE NG, Plaintiff, v. FAIRLEIGH DICKINSON UNIVERSITY, Defendant.  LAW DIVISION DOCKET NO.: SOM-L-1216-19.  August 31, 2021.  (Deposition).

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT, PEORIA COUNTY, ILLINOIS, CALEB DERESTIL, Individually, and as Independent Administrator of the Estate of FASTINA DERESTIL, Deceased, Plaintiffs, v. OSF HEALTHCARE SYSTEM d/b/a OSF-SAINT FRANCIS MEDICAL CENTER; MATTHEW E. SMETANA, D.O., Individually and as an Agent of OSF HEALTHCARE SYSTEM d/b/a OSF-SAINT FRANCIS MEDICAL CENTER; TODD R. MITCHELL, M.D., Individually and as an Agent of OSF HEALTHCARE SYSTEM d/b/a OSF-SAINT FRANCIS MEDICAL CENTER, Defendants. Case No.: 16-L-183.  August 26, 2021.  (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, COLUMBIA DIVISION, JEFFERY LOWE, Plaintiff, v. CALSONICKANSEI NORTH AMERICA, INC., Defendant. Case No. 1:18-CV-00027.  August 25, 2021.  (Trial).

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT, DANILO PURUGGANAN, Plaintiff, v. AFC FRANCHISING, LLC, Defendant.  CIVIL ACTION NO. 3:20-cv-00360.  July 28, 2021.  (Deposition).

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE, JAMES W. HUBBARD, Plaintiff, v. CVG NATIONAL SEATING COMPANY, LLC, d/b/a COMMERCIAL VEHICLE GROUP, Defendant.  No.: 3:20-cv-00229-PLR-DCP.  July 13, 2021.  (Deposition).

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK, JEANNETTE DICK, Plaintiff, v. UNITED STATES OF AMERICAN and UNITED

STATES POSTAL SERVICE, Defendants.  Case No.: 19-CV-8952 (PGG).  July 7, 2021.  (Deposition).

IN THE SUPERIOR COURT OF BARTOW COUNTY, STATE OF GEORGIA, MELISSA JOHNSON as surviving spouse of CAMERON JOHNSON, Deceased, Plaintiff, v. THOMAS SELF, M.D., HARBIN CLINIC, LLC, HANS CHANG, M.D., and SUMMIT RADIOLOGY SERVICES, P.C., Defendants, Civil Action File No. SUCV2020000684.  June 15, 2021.  (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI, OXFORD DIVISION, KURT RADEMACHER, as Executor of the Estates of Michael McConnell Perry and Kimberly Westerfield Perry; and ROBERT ANDREW PERRY, as Next Friend and Guardian of S.M.P., J.W.P., and A.R.P., the Minor Natural Children and Wrongful Death Beneficiaries of Michael McConnell Perry and Kimberly Westerfield Perry, Plaintiffs, v. UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF TRANSPORTATION; FEDERAL AVIATION ADMINISTRATION; JOHN DOES 1-5, Defendants. CIVIL ACTION NO.: 3:19-cv-157-MPM-RP.  June 8, 2021.  (Deposition).

IN THE DISTRICT COURT, 219TH JUDICIAL DISTRICT, COLLIN COUNTY, TEXAS, SANTOS CORTEZ & AZALIA CORTEZ, Plaintiffs, v. POLLOCK INVESTMENTS INCORPORATED and FTW TRANSPORT, LLC, AND GERIN CARRIERS, LLC, Defendants.  CAUSE NO.: 219-04337-2016.  April 20, 2021. (Trial).

IN THE SUPERIOR COURT OF WHITFIELD COUNTY, GEORGIA, CAROLYN REUSSWIG, Plaintiff, v. GILFORD JOHN WHITTLE, VELMA WHITTLE, RED'S CARPET AND APPLIANCES, LLC, ROBERT BODENBENDER, FEDEX CORPORATION, and FEDEX GROUND PACKAGE SYSTEM, INCORPORATED, Defendants.  April 19, 2021.  (Deposition).

IN THE CIRCUIT COURT OF DAVIDSON COUNTY, TENNESSEE FOR THE 20TH JUDICIAL DISTRICT AT NASHVILLE, JOSEPH WESSON and TONYA WILLIAMS, INDIVIDUALLY and as NOK of their infant Son KAI MAXIM WESSON, deceased, Plaintiffs, v. HCA HEALTH SERVICES OF TENNESSEE, INC., d/b/a TRISTART STONECREST MEDICAL CENTER, PEDIATRIX MEDICAL GROUP OF TENNESSEE, P.C., and ELIZABETH M. BROGDON, NNP, Defendants. Case No. 17c2379.  April 2, 2021.  (Deposition).

FIRST JUDICIAL DISTRICT COURT, PARISH OF CADDO, STATE OF LOUISIANA, ELWYN CHISHOLM v. CITY OF SHREVEPORT, NUMBER 615,158.  March 31, 2021.  (Trial).

IN THE STATE COURT OF MUSCOGEE COUNTY, STATE OF GEORGIA, ROBERT WISOR, Individually, and as Husband of JODI WISOR; and JODI WISOR, Individually, and as Wife of ROBERT WISOR, Plaintiffs, v. PYROTECNICO FIREWORKS, INC.; JAMES W. WOODWORTH; and PATRICIA DAWN WOODWORTH, Defendant. Civil Action File No.: SC-19-CV-689.  March 12, 2021.  (Deposition).

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA, DEAN N. WILLIAMS, an Individual, Plaintiff, v. KAISER FOUNDATION HOSPITALS, a California corporation; KAISER FOUNDATION HEALTH PLAN, INC., a California corporation; Dr. Hon Lee, an Individual; and DOES 1 through 50 inclusive, Defendants.  Case No. HG 19003608.  February 15, 2021.  (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION, LISA ROACH, Plaintiff, v. MONTGOMERY COUNTY GOVERNMENT, Defendant.  January 8, 2021. (Deposition).

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA, CHANCELLOR LEONARDO WILLIAMS, a Minor, by and through his Parents and Next Friends, BREDIA NEWBOLT-WILLIAMS and ANTHONY WILLIAMS, Plaintiffs, vs. THE CHILDREN'S HOSPITAL OF ALABAMA; et al., Defendants. Case No. 03-cv-2018-901209.  December 28, 2020.  (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE, COMPREHENSIVE SECURITY, INC., ASSOCIATED PROTECTIVE SERVICE, INC., and ONTRAC SECURITY, LLC, Plaintiffs, v. METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, Defendant.  November 13, 2020.  (Trial).

26TH JUDICIAL DISTRICT COURT, BOSSIER PARISH, LOUISIANA, SUSAN RUSH, ET AL. v. RICHARD DOYLE, ET AL. NUMBER 145,041, SECTION F. November 1, 2020.  (Deposition).

IN THE 2ND CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE, BRETTON KEEFER, as surviving adult Son and next-of-kin of his deceased Mother, CHESTA SHOEMAKER, Plaintiffs, v. VANDERBILT UNIVERSITY MEDICAL CENTER, Defendant. NO. 19C358.  October 29, 2020.  (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE, THEODORE PERTILLER, Plaintiff, v. CITY OF MURFREESBORO, TN, Defendant.  October 13, 2020.  (Deposition).

IN THE STATE COURT OF FULTON COUNTY, STATE OF GEORGIA, SALLY A. QUISENBERRY, Individually and as Administratrix of the Estate of MICHAEL J. QUISENBERRY, Deceased, Plaintiff, v. VIKRAM KHETPAL, M.D., and HEART AND VASCULAR CARE, INC., Defendants, Civil Action No. 19-ev-001559. October 6, 2020.  (Deposition).

IN THE CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE, FOR THE TWENTIETH JUDICIAL DISTRICT AT NASHVILLE, FELICIA LUCKETT, individually, as next of kin for AL STAR, deceased, Plaintiff, v. NASHVILLE READY MIX, INC., and EVANS BRIDGES, Defendants. NO. 19-C-2010. September 10, 2020.  (Deposition).

IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION, AMY PHILLIPS, Plaintiff, v. EXXONMOBIL CORPORATION, Defendant. Case No. 17-cv-7703.  September 3, 2020. (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA, NORTHEASTERN DIVISION, BRANDI HANDLEY, as the Personal Representative of the Estate of Edward Wayne Handley, BRANDI HANDLEY, as the Mother and Next Friend of Jaxsyn Lewis Handley, a minor child, Plaintiffs, v. UNITED STATES OF AMERICA, Defendant. Case No.: 5:17-CV-01278-HNJ. August 28, 2020.  (Trial).

UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WISCONSIN, JASEN BRUZEK, HOPE KOPLIN, NEIL MILLER, and CHRISTOPHER PETERSON, individually and on behalf of all others similarly situated, Plaintiffs, v. HUSKY OIL OPERATIONS, LTD., and SUPERIOR REFINING COMPANY LLC, Defendants.  Case No. 18-cv-697.  August 14, 2020.   (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA, JENNIFER YOUNG, as the Administratix and personal representative of the estate of JERMAINE McBEAN, Plaintiff, v. PETER PERAZA, BRAD OSTROFF, RICHARD LACERRA, GREGORY TONY, in his official capacity as Sheriff of Broward County, FL, Defendants, CASE NO. 15-60968-CIV-COHN/SELTZER.  June 8, 2020.  (Deposition).

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA, DISHANNA GARMON, as Personal Representative of the Estate of ALEXANDER ARMSTRONG, deceased, on behalf of the Estate and its lawful survivor, to wit: A.A., as surviving daughter, Plaintiff, v. SP LINCOLN FIELDS, LP, a Florida Limited Partnership, KCD INVESTMENTS, INC., a Florida

Corporation, and MASTER SECURITY COMPANY, LLC, d/b/a MSC SECURITY, LLC, a Foreign Limited Liability Company, Defendants. GENERAL JURISDICTION DIVISION, CASE NO.: 2015-22639 CA 01.  March 6, 2020. (Deposition).

FIRST JUDICIAL DISTRICT COURT, CADDO PARISH, LOUISIANA, SECTION A, JAMIE CLUTE, ZACHARY CLUTE AND GARRETT CLUTE, Plaintiffs, v. CURTIS L. BRACY, SHREVEPORT TRANSIT MANAGEMENT, INC. d/b/a SPORTRAN, AND AMERICAN ALTERNATIVE INSURANCE CORPORATION, Defendants. NUMBER: 607.956.  March 2, 2020.  (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE, MERRILL BEENE, Plaintiff, v. MATTHEW WHITAKER, ACTING UNITED STATES ATTORNEY GENERAL, Defendant. Case No. 3:18-cv-00693.  February 6, 2020.  (Deposition).

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ALABAMA, NORTHWESTERN DIVISION, JAMES LESTER MATTHEWS, II, Plaintiff, v. UNITED STATES OF AMERICA, Defendant, Case No.: 3:18-cv-01280-HNJ. January 15, 2020.  (Deposition).

IN THE CIRCUIT COURT OF SULLIVAN COUNTY, TENNESSEE AT KINGSPORT, TRACY MICHAEL, Plaintiff, v. WELLMONT WEXFORD HOUSE f/k/a RHA/SULLIVAN, INC. and WELLMONT HEALTH SYSTEM, d/b/a THE WEXFORD HOUSE, Defendants. No.: C40837(M).  December 20, 2019. (Deposition).

IN THE SUPERIOR COURT OF ROCKDALE COUNTY, STATE OF GEORGIA, SAWYER A. STOKES, a Minor, by and through STEPHANIE M. STOKES and LINDEN D. STOKES, Conservators of the Property, and STEPHANIE M. STOKES and LINDEN D. STOKES, individually, Plaintiffs, vs. ROCKDALE HOSPITAL, LLC d/b/a ROCKDALE MEDICAL CENTER, GREYSTONE OB/GYN, LLC, RICHARD M. ROBINSON, and ALECIA T. CASH, Defendants. Civil Action.  File Number: 2018-CV-2166.  November 26, 2019.  (Deposition).

STATE OF MINNESOTA, DISTRICT COURT, COUNTY OF DAKOTA, FIRST JUDICIAL DISTRICT, ROBIN NELSON, Plaintiff, v. SCOTT JOHNSON and JOHNSON DIVERSIFIED PRODUCTS, INC., Defendants.  November 1, 2019. (Trial).

IN ARBITRATION, KATHERIN CASEY v. CONCORDE CAREER COLLEGE, AMERICAN ARBITRATION ASSOCIATION CASE NUMBER: 01-18-0002-8695. October 30, 2019.  (Trial).

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION, DOUGLAS BUTTS, Plaintiff, v. T-MOBILE USA, INC., Defendant.  October 24, 2019.  (Deposition).

IN ARBITRATION, KATHERIN CASEY v. CONCORDE CAREER COLLEGE, AMERICAN ARBITRATION ASSOCIATION CASE NUMBER: 01-18-0002-8695. October 17, 2019.  (Deposition).

IN THE CIRCUIT COURT FOR WILLIAMSON COUNTY, TENNESSEE, MARTY FITZGERALD and MELISSA FITZGERALD, individually, as husband and wife, and on behalf of their deceased child, MEGAN FITZGERALD, Plaintiff, v. JAMES WOODROW OSBORN and OSBORN ENTERPRISES, INC., II, and OSBORN ENTERPRISES, INC., III, Defendant, NO. 2018-311. August 9, 2019.  (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR TENNESSEE FOR THE MIDDLE DISTRICT NASHVILLE DIVISION, DR. VANESSA GARCIA, Plaintiff, v. THE METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, Defendant. June 18, 2019.  (Deposition).

IN THE CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE, STEAD VESTEY, as next of kin of and on behalf of KOREN VESTEY, Deceased, Plaintiff, v. THOMAS BRENLIN TAYLOR, JR., M.D., SKYLINE SURGERY ASSOCIATES, PLC, TRISTAR SKYLINE MEDICAL CENTER, ASSUMED NAME FOR THE HTI MEMORIAL HOSPITAL CORPORATION, KRISTIN ALEXANDRIA GAFFNEY, D.O., AND GASTROENTEROLOGY AND HEPATOLOGY ASSOCIATES, PLLC, Defendants, Case No. 17C963.  May 20, 2019.  (Trial).

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION, MISTY D. MCGRADY, Plaintiff, v. JIM MATTIS, Secretary of Defense, in his official capacity; ROBERT M. SPEER, Acting Secretary of the Army, in his official capacity; JOSEPH L. LENGYEL, Chief, National Guard Bureau, in his official capacity; VICTORIA A. LIPNIC, Acting Chair, EQUAL EMPLOYMENT OPPPORTUNITY COMMISSION, in her official capacity; TERRY M HASTON, Adjutant General of the State of Tennessee, in his official capacity, and the UNITED STATES OF AMERICA, Defendants. NO. 3:17-cv-00390. April 23, 2019.  (Deposition).

IN THE CIRCUIT COURT FOR THE STATE OF TENNESSEE, TWENTY-FIRST JUDICIAL DISTRICT, WILLIAMSON COUNTY, SUMMERS PAUL LYLE III and PATRICIA LYLE, Plaintiffs, v. WILLIAM R. MCDANIEL, M.D., Defendant. Case No.: 2017-62. April 2, 2019. (Trial).

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE KNOXVILLE DIVISION, JOHN EDWARD ANDERSON III, Plaintiff, v. OAK RIDGE SCHOOLS BOARD OF EDUCATION a/k/a OAK RIDGE CITY BOARD OF EDUCATION and OAK RIDGE SCHOOLS, DR. BRUCE BORCHERS, officially and individually, and DR. CHRIS MARCZAK, officially and individually, Defendants. Case No. 3:16-cv-235. March 13, 2019. (Trial).

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION, KAREN EVICH and ROBERT EVICH, both individuals, Plaintiff, v. TARGET CORPORATION, a foreign corporation, Defendant. Case No.: 0-18-cv-61062. February 14, 2019. (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION, BENJAMIN MILLER and KRISTI ROSE, Plaintiffs, v. TIGER STYLE CORPORATION d/b/a SPEED 1 TRANSPORT, HARMAN DEEP SINGH BRAR & COX TRANSPORTATION SERVICES, INC., Defendants. Docket No. 2:18-cv-02275-SHL. February 1, 2019. (Deposition).

IN THE CIRCUIT COURT FOR THE STATE OF TENNESSEE, TWENTY-THIRD JUDICIAL DISTRICT, DICKSON COUNTY, ROBIN LYNN JACKSON, Plaintiff, v. DICKSON EAR, NOSE & THROAT, PLC d/b/a ENT SINUS & ALLERGY CLINIC, and JAMES M. ROTH, M.D., Defendants. No. 22cc-2017-cv-89. January 4, 2019. (Deposition).

UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION, EPAC TECHNOLOGIES, INC., Plaintiff, v. THOMAS NELSON INC., Defendant. Case No: 3-13-cv-384-WMC. September 14, 2018. (Deposition).

DISTRICT COURT, JEFFERSON COUNTY, COLORADO, JANET TORMA-KRAJEWSKI, Plaintiff, v. COLORADO SCHOOL OF MINES; RAMONA M. GRAVES; PRISCILLA NELSON; JURGEN BRUNE; and TERRY PARKER, Defendants. Case Number: 2016-CV-31341. August 14, 2018. (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION, JAMES GARRETT, Plaintiff, v. CSX

TRANSPORTATION, INC., Defendant.  Case No.: 3:17-cv-497.  August 3, 2018.  (Deposition).

IN THE CHANCERY COURT FOR RUTHERFORD COUNTY, TENNESSEE AT MURFREESBORO, GEORGE L. ECKLES, JR., Petitioner, v. MARY ANN ECKLES, Respondent.  July 19, 2018.  (Trial).

FIRST JUDICIAL DISTRICT COURT, CADDO PARISH, LOUISIANA, MARK MCLAUGHLIN, Plaintiff, v. JODY HOLLIS AND STATE FARM MUTUAL AUTOMOBILE INURANCE COMPANY, Defendants, PERMANENT ASSIGNMENT SECTION C, NUMBER: 581,417.  June 28, 2018.  (Trial).

IN THE CIRCUIT COURT FOR THE STATE OF TENNESSEE, TWENTY-FIRST JUDICIAL DISTRICT, WILLIAMSON COUNTY, SUMMERS PAUL LYLE III and PATRICIA LYLE, Plaintiffs, v. WILLIAM R. MCDANIEL, M.D., Defendant.  Case No.: 2017-62.  June 21, 2018.  (Deposition).

FIRST JUDICIAL DISTRICT COURT, CADDO PARISH, LOUISIANA, MARK MCLAUGHLIN, Plaintiff, v. JODY HOLLIS AND STATE FARM MUTUAL AUTOMOBILE INURANCE COMPANY, Defendants, PERMANENT ASSIGNMENT SECTION C, NUMBER: 581,417.  May 30, 2018.  (Deposition).

IN THE SULLIVAN COUNTY LAW COURT AT KINGSPORT, TENNESSEE, CHRIS YOKLEY and DIANA YOKLEY, HUSBAND and WIFE, Plaintiffs, v. MOUNTAIN EMPIRE OIL COMPANY, Defendant, CASE NUMBER: C40558.  May 9, 2018.  (Deposition).

IN THE FIFTH CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE, AT NASHVILLE, TRACY PIZZILLO VON TAGEN, Plaintiff, v. CONTINENTAL PROPERTIES COMPANY, INC., SPRINGS AT MOUNTAIN VIEW, CIVIL CONSTRUCTORS, INC., MCSHANE CONSTRUCTION COMPANY, TERRACON, CIVIL SITE DESIGN GROUP, and QORE PROPERTY SCIENCES, Defendants.  DOCKET NO. 11C-2589.  March 27, 2018.  (Deposition).

IN THE WASHINGTON COUNTY CIRCUIT COURT AT JONESBOROUGH, TENNESSEE, JAN SMITH, Plaintiff, v. NATIONAL HEALTHCARE CORPORATION TENNESSEE; NATIONAL HEALTHCARE CORPORATION DELAWARE; NATIONAL HEALTHCARE CORPORATION OF DELAWARE; NATIONAL HEALTHCARE PARTNERS MEDICAL SERVICES ORGANIZATION, LLC DELAWARE; NATIONAL HEALTHCARE QUALITY REGISTRY TENNESSEE; NATIONAL HEALTHCARE REVIEW, LLC DELAWARE; NATIONAL HEALTH CORPORATION; NHC

HEALTHCARE/JOHNSON CITY, LLC all d/b/a NHC JOHNSON CITY, NHC and NATIONAL HEALTHCARE CORPORATION, Defendants. Case No. 34781. March 5, 2018. (Deposition).

IN THE DISTRICT COURT, 219TH JUDICIAL DISTRICT, COLLIN COUNTY, TEXAS, SANTOS CORTEZ & AZALIA CORTEZ, Plaintiffs, v. POLLOCK INVESTMENTS INCORPORATED and FTW TRANSPORT, LLC, AND GERIN CARRIERS, LLC, Defendants. CAUSE NO.: 219-04337-2016. January 18, 2018. (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE KNOXVILLE DIVISION, JOHN EDWARD ANDERSON III, Plaintiff, v. OAK RIDGE SCHOOLS BOARD OF EDUCATION a/k/a OAK RIDGE CITY BOARD OF EDUCATION and OAK RIDGE SCHOOLS, DR. BRUCE BORCHERS, officially and individually, and DR. CHRIS MARCZAK, officially and individually, Defendants. Case No. 3:16-cv-235. December 5, 2017. (Deposition).

IN THE CIRCUIT COURT FOR COFFEE COUNTY AT MANCHESTER, TENNESSEE, Julee Harris, for herself as spouse and widow of Kenneth C. Harris, deceased, and on behalf of the children and natural heirs at law of Kenneth C. Harris, deceased, Stephanie N. Harris, C.M.H., a minor, and M.D.H., a minor, Plaintiff, v. Coffee Medical Group, LLC d/b/a United Regional Medical Center and Neil E. Christopher, M.D. and Sheryl Dietrich, R.N. and Mallory L. Pesaturo, LPN Defendants, CASE NO. 40,115. November 1, 2017. (Trial).

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION, ERICK BUKE AND MICHA TUVENGANA AS THE PARENTS OF PRECIEUX BUKE BASULAMA, DECEASED MINOR, AND ERICK BUKE AS THE ADMINISTRATOR OF THE ESTATE OF PRECIEUX BUKE BASULAMA, Plaintiffs, v. MILESTONE MANAGEMENT TRS, LLC AND LANDMARK AT BELLA VISTA, L.P., Defendants, Civil Action No. 1:16-CV-03823-LLM. October 26, 2017. (Deposition).

IN THE CIRCUIT COURT FOR RUTHERFORD COUNTY, TENNESSEE AT MURFREESBORO, MICHELLE EDWINA GALBO, as surviving spouse of SAMUEL JAMES GALBO, deceased, and on behalf of ELLA CLARE GALBO, MIABELLA LANAY GALBO, and ANNABELLA LOUISE GALBO, surviving minor children of SAMUEL JAMES GALBO, deceased, Plaintiff, v. SAINT THOMAS RUTHERFORD HOSPITAL, ASCENSION HEALTH, AND SAINT THOMAS HEALTH, Defendants, No. 69762. September 5, 2017. (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, COLUMBIA DIVISION, La'Monn Harris, Plaintiff, v. The City of Lewisburg, Tennessee, and Buck Beard, Defendants. August 17, 2017. (Trial).

IN THE CIRCUIT COURT FOR RUTHERFORD COUNTY, TENNESSEE AT MURFREESBORO, ROBERT JUNIOR HART, Plaintiff, v. JAMES MARTELL FISH, D.O. and PREMIER ORTHOPAEDICS & SPORTS MEDICINE, PLC, Defendants. Case No. 71553. August 12, 2017. (Deposition).

IN THE CIRCUIT COURT FOR RUTHERFORD COUNTY, TENNESSEE AT MURFREESBORO, FRED L. KING, Plaintiff, v. CHRISTIAN CARE CENTER OF RUTHERFORD COUNTY, Defendant, CIVIL ACTION NO. 215-CCV. June 24, 2017. (Deposition).

IN THE CIRCUIT COURT OF MORGAN COUNTY, ALABAMA, CYNTHIA COLLINS, Plaintiff, v. FAMILY DOLLAR STORES OF ALABAMA, INC., et al., Defendants. Civil Action Number: CV14-900428. May 25, 2017. (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, COLUMBIA DIVISION, La'Monn Harris, Plaintiff, v. The City of Lewisburg, Tennessee, and Buck Beard, Defendants. May 15, 2017. (Deposition).

IN THE CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE AT NASHVILLE, Dianna Nicole Austin, surviving spouse of Shawn Allen Austin, deceased, Plaintiff, v. Dredge One, Inc.; and, John W. McDougall Co., Inc., Defendants, No. 12-C 2620. March 9, 2017. (Deposition).

IN THE CIRCUIT COURT FOR HAMILTON COUNTY, TENNESSEE, REBECCA L. SIMMONS and DAVID M. SIMMONS, Parents and Next of Kin of SAWYER DAVID SIMMONS, Deceased, Plaintiffs, v. REGIONAL OBSTETRICAL CONSULTANTS, P.C.; GARRETT KA KEUNG LAM, M.D., Defendants. CIVIL ACTION NO. 14C1362. February 21, 2017. (Deposition).

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA, EASTERN DIVISION, DARRYL E. CROMPTON, Plaintiff, v. TUSKEGEE UNIVERSITY, and MATTHEW JENKINS, D.V.M., Individually, Defendants, 3:14-CV-1189-WHA-CSC. February 2, 2017 (Trial).

## PUBLICATIONS

Baum, Charles L. (2021). "Calculating Economic Damages in Ninth Circuit Employment Cases." *Arizona Attorney*, 57 (5): 54-58.

Baum, Charles L. (2021). "Calculating Economic Losses in 11th Circuit Employment Termination Cases." *Florida Bar Journal*, 95 (1): 46-50.

Baum, Charles L. (2020). "Guidance for Calculating Economics Losses in 8th Circuit Employment Cases." *Journal of the Missouri Bar,* 76 (5): 204-207.

Baum, Charles L. (2020). "The Effects of Medical Malpractice Tort Reform on Physician Supply: An Analysis of Legislative Changes from 2009 to 2016." *Southern Economic Journal,* 87 (2): 540-575.

Baum, Charles L. (2020). "Employment Termination: Computing Economic Losses." *Wisconsin Lawyer*, 93 (8): 34-38.

Baum, Charles L. (2020). "Calculating Economic Losses in Tenth Circuit Employment Termination Cases." *Colorado Lawyer*, 49 (8): 30-33.

Owens, Mark F., Adam D. Rennhoff, and Charles L. Baum. (2018). "Consumer Demand for Charitable Purchases: Evidence from a Field Experiment on Girl Scout Cookie Sales." *Journal of Economic Behavior and Organization,* 152 (1): 47-63.

Baum, Charles L. (2018). "The Implications of Medical Malpractice Tort Reform in Missouri on Physician Labor Supply." *Journal of the Missouri Bar,* 74 (5): 246-249.

Baum, Charles L. (2018). "Calculating Commercial Compensatory Damages in Tennessee." *Tennessee Bar Journal,* 54 (5): 19-26.

Baum, Charles L., and James D. Rodgers. (2018). "Maternal Household Services and Children." *Journal of Forensic Economics*, 27 (1): 1-15.

Baum, Charles L. (2017). "Computing Economic Damages in Florida Wrongful Death and Personal Injury Cases." *Florida Bar Journal*, 91 (4): 8-17.

Baum, Charles L. (2017). "Collateral Source Rules in Wrongful Death, Personal Injury, and Employment Termination Cases in Tennessee." *DICTA* (Knoxville Bar Association), 44 (6): 9-11.

Baum, Charles L. (2017). "Do I Need an Economist? When to Use an Economist in Alabama Personal Injury and Wrongful Death Cases." *Birmingham Bar Bulletin*, Spring, 14-16.

Baum, Charles L. (2017). "Discounting Future Losses to Present Value in Employment Termination Cases." *Connect* (Tennessee Bar Association, Labor and Employment Law Section), March 3, 2017.

Baum, Charles L. (2017). "Calculating Economic Losses in Georgia Personal Injury and Wrongful Death Cases." *Georgia Bar Journal*, 22 (5): 18-24.

Baum, Charles L. (2017). "The Effects of College on Weight: Examining the Freshman Fifteen Myth." *Demography*, 54 (1): 311-336.

Baum, Charles L., Laura Bonanomi, and Patrick A. Gaughan. (2017). "Calculating Economic Damages in New York State Wrongful Death and Personal Injury Cases." *New York State Bar Association Journal*, 89 (2): 11-17.

Gaughan, Patrick A., and Charles L. Baum. (2017). "The Accuracy of the Social Security Wage and Other Economic Projections." *Journal of Legal Economics*, 23 (1): 3-29.

Baum, Charles L. (2016). "Calculating Economic Losses from Wrongful Incarceration." *Tennessee Bar Journal*, 52 (7): 18-23.

Baum, Charles L. (2016). "Calculating Economic Losses in Personal Injury and Wrongful Death Cases in Tennessee." *DICTA* (Knoxville Bar Association), 43 (2): 25-26.

Baum, Charles L. (2016). "Economic Losses in Tennessee Employment Termination Cases." *Connect* (Tennessee Bar Association, Labor and Employment Law Section), April 12, 2016.

Baum, Charles L., and Shin-Yi Chou. (2016). "Why Has the Prevalence of Obesity Doubled." *Review of Economics of the Household*, 14 (2): 251-267.

Baum, Charles L., and Christopher J. Ruhm. (2016). "The Effects of Paid Family Leave in California on Labor Market Outcomes." *Journal of Policy Analysis and Management*, 35 (2): 333-356.

Baum, Charles L., and Christopher J. Ruhm. (2016). "The Changing Benefits of Early Work Experience." *Southern Economic Journal*, 83 (2): 343-363.

Baum, Charles L. (2015). "Calculating Economic Losses in Employment Termination Cases in Tennessee." *Tennessee Bar Journal*, 51 (6): 16-19.

Baum, Charles L. (2015). "Employee Tenure and Economic Losses in Wrongful Termination Cases: A Reply of Nicholas Coleman." *Journal of Forensic Economics*, 26 (1): 95-97.

Baum, Charles L. (2015). "Economic Losses from Employment Terminations." *National Litigation Consultants' Review*, 24 (2): 1-4.

Baum, Charles L. (2013). "Employee Tenure and Economic Losses in Wrongful Termination Cases." *Journal of Forensic Economics*, 24 (1): 41-66.

Baum, Charles L. (2012). "The Effects of Food Stamp Receipt on Weight Gained by Expectant Mothers." *Journal of Population Economics*, 25 (4): 1307-1340.

Baum, Charles L., William F. Ford, and Kevin M. Zhao (2012). "Top Five Executives' Share of Core Earnings." *Journal of Financial and Economic Practice*, 12 (2): 103-115.

Owens, Mark F., and Charles L. Baum. (2012). "The Effects of Welfare Vehicle Asset Rules on Vehicle Assets." *Applied Economics*, 44 (13): 1603-1619.

Baum, Charles L. (2011). "The Effects of Food Stamps on Obesity." *Southern Economic Journal*, 77 (3): 623-651.

Baum, Charles L. (2009). "The Effects of Cigarette Taxes on Obesity." *Health Economics*, 18 (1): 3-19.

Baum, Charles L. (2009). "The Effects of Vehicle Ownership on Employment." *Journal of Urban Economics*, 66 (3): 151-163.

Baum, Charles L. and Christopher J. Ruhm. (2009). "Age, Socioeconomic Status, and Obesity Growth." *Journal of Health Economics*, 28 (3): 635-648.

Owens, Mark F., and Charles L. Baum (2009). "The Effects of Federal Housing Assistance on Exiting Welfare and Becoming Employed for Welfare Recipients." *Journal of Poverty*, 13 (2): 130-151.

Zhao, Kevin M, Charles L. Baum, and William F. Ford. (2009). "The CEO Share of Earnings: A New Approach to Evaluating Executive Compensation." *Business Economics*, 44 (2): 120-122.

Baum, Charles L. (2007). "The Effects of Race, Ethnicity, and Age on Obesity." *Journal of Population Economics*, 20 (3): 687-705.

Baum, Charles L. (2006). "The Effects of Government-Mandated Family Leave on Employer Family Leave Policies." *Contemporary Economic Policy*, 24 (3): 432-445.

Baum, Charles L., William F. Ford, and Jeffrey D. Hopper. (2006). "The Obese Smoker's Wage Penalty." *Social Science Quarterly*, 87 (4): 863-881.

Baum, Charles L. (2005). "The Effects of Employment while Pregnant on Health at Birth." *Economic Inquiry*, 43 (2): 283-302.

Baum, Charles L. (2004). "Has Family Leave Legislation Increased Leave-Taking?" *Journal of Law and Policy*, 15 (1): 93-114.

Baum, Charles L. (2004). "The Long-Term Effects of Early and Recent Maternal Employment on a Child's Academic Achievement." *Journal of Family Issues*, 25 (1): 29-60.

Baum, Charles L., and William F. Ford. (2004). "The Wage Effects of Obesity: A Longitudinal Study." *Health Economics*, 13 (9): 885-899.

Baum, Charles L., F. Lee Sarver, and Thomas Strickland. (2004). "EVA, MVA, and CEO Compensation: Further Evidence." *American Business Review*, 22 (2): 82-87.

Baum, Charles L. (2003). "The Effects of State Maternity Leave Legislation and the 1993 Family and Medical Leave Act on Employment and Wages." *Labour Economics*, 10 (5): 573-596.

Baum, Charles L. (2003). "The Effects of Maternity Leave Legislation on Mothers' Labor Supply Patterns after Childbirth." *Southern Economic Journal*, 69 (4): 772-799.

Baum, Charles L. (2003). "Does Early Maternal Employment Harm Child Development? An Analysis of the Potential Benefits of Leave-Taking." *Journal of Labor Economics*, 21 (2): 409-448.

Baum, Charles L. (2002). "A Dynamic Analysis of the Effect of Childcare Costs on the Work Decisions of Low-Income Mothers with Infants." *Demography*, 39 (1): 139-164.

Baum, Charles L. (2002). "The Effect of Work Interruptions on Women's Wages." *Labour*, 16 (1): 1-36.

Baum, Charles L., Richard L. Hannah, and William F. Ford. (2002). "The Effect of the Senior Citizens' Freedom to Work Act of 2000 on Employer-Provided Pension and Medical Plans." *Benefits Quarterly*, 18 (2): 65-72.

Baum, Charles L., and William F. Ford. (2001). "The Effect of 'The Senior Citizens' Freedom to Work Act of 2000' on Delayed Retirement Incentives." *The Labor Law Journal*, 52 (1): 3-9.

## ASSOCIATIONS

American Association of Economic and Financial Experts (AAEFE)

National Association of Forensic Economics (NAFE)

## PRESENTATIONS (RECENT, SELECTED)

The Economic Outlook for Tennessee and the U.S., Murfreesboro Breakfast Rotary, Murfreesboro, TN, August 2021.

The Economic Outlook for Tennessee and the U.S., Tennessee Society of Certified Public Accountants, Brentwood, TN, August 2021.

Tennessee Economics and Legislative Update, Murfreesboro Breakfast Rotary, Murfreesboro, TN, January 2021.

Tennessee Economics and Legislative Update, Smyrna Rotary, Smyrna, TN, July 2020.

Tennessee Economics and Legislative Update, Rutherford County GOP Women, Murfreesboro, TN, July 2020.

Seven Careers in a Lifetime? An Analysis of Employee Tenure.  American Economic Association, Allied Social Science Association Annual Meetings, San Diego, CA, January 2020.

Calculating Economic Losses in Personal Injury and Wrongful Death Cases in Tennessee.  Law Conference for Tennessee Practitioners, Nashville School of Law, Nashville, TN, November 2019.

The State and U.S. Economic Forecast.  The Exchange Club, Murfreesboro, TN, August 2019.

How to Calculate Economic Damages in Medical Malpractice Wrongful Death and Personal Injury Cases in Tennessee.  The 2019 Medical Malpractice Conference for Tennessee Attorneys, Nashville, TN, May 2019.

How to Calculate Economic Damages in Medical Malpractice Wrongful Death and Personal Injury Cases in Alabama.  The 2019 Medical Malpractice Conference for Alabama Attorneys, Birmingham, AL, May 2019.

The U.S. Economic Forecast.  Tennessee Realtors Association, 2019 Excel Summit, Franklin, TN, March 2019.

Calculating Economic Losses in Personal Injury and Wrongful Death Cases in Tennessee.  Law Conference for Tennessee Practitioners, Nashville School of Law, Nashville, TN, November 2018.

Economics 101: Where are We and Where are We Going? Mid-South Commercial Law Institute, Nashville, TN, October 2017.

Calculating Hedonic Damages in Arkansas. National Association of Forensic Economics, Winter Meetings, Cancun, Mexico, January 2017.

The Economic Impacts of Wrongful Incarceration. National Association of Forensic Economics, Winter Meetings, Cancun, Mexico, January 2017.

The Accuracy of Social Security Wage Projections. National Association of Forensic Economics, Winter Meetings, Key West, FL, January 2016.

Calculating Economic Losses in Personal Injury and Wrongful Death Cases in Alabama. Huntsville Bar Association, Huntsville, AL, May 2016.

Employee Tenure and Economic Losses. National Association of Forensic Economics, Winter Meetings, San Juan, Puerto Rico, January 2015.

<u>COMMUNITY ACTIVITIES</u>

Tennessee State House of Representatives (Representative, 2018-present).

Oaklands Historic Mansion Foundation (Board Member, 2015-present).

Community Foundation of Rutherford County (Board Member, 2018-2021).

Linebaugh Library Foundation (Board Member, 2014-2020).

Murfreesboro City Schools Foundation (Board Member, 2013-2019).

Rutherford County Commission (Commissioner, 2010-2018).

American Heart Association, Rutherford County (Board Member, 2012-2017).

United Way of Rutherford and Cannon Counties (Board Member, 2013-2017).

Domestic Violence Center, Murfreesboro (Board Member, 2005-2010; Advisory Board Member, 2010-present).

Eagle Scout (September 12, 1988, Great Smokey Mountain Council, Knoxville, TN).

Exhibit B: Case-Related Documents

1. The amended complaint.

2. Metro's responses to plaintiff's first set of interrogatories and requests for production of documents to defendant.

3. Income tax returns for Mr. and Mrs. Barton for 2017, 2018, 2019 and 2021.

4. W-2 forms from MNPS for Mrs. Barton for 2018, 2019, 2020, and 2021.

5. W-2 form from A-Z DME for Mrs. Barton for 2021.

6. 1099-G form from the Tennessee Department of Labor and Workforce Development.

7. MNPS employment history records for Mrs. Barton (excel spreadsheet).

8. MNPS employment history pay records for Mrs. Barton (excel spreadsheet).

9. MNPS time details for Mrs. Barton (excel spreadsheet).

10. MNPS job description for position of Asst HR – Information.

11. MNPS salary and benefits summary for Mrs. Barton.

12. MNPS pay statements for Mrs. Barton (May 13, 2022; May 27, 2022; and June 10, 2022).

13. Mrs. Barton's resume.

14. Emails from Ms. Hunter (October 13, 2020 and October 20, 2020).

Exhibit C: Treatises and Other Information

1. *Albemarle Paper Co. v. Moody,* 422 U.S. 405, 95 S.Ct. 2362, 45 L.Ed.2d 280 (1975).

2. *Arban v. West Publ'g Corp.,* 345 F.3d 390 (6th Cir.2003).

3. Baum, Charles L. (2015). "Calculating Economic Losses in Employment Termination Cases in Tennessee." *Tennessee Bar Journal*, 51 (6): 16-19.

4. Baum, Charles L. (2013). "Employee Tenure and Economic Losses in Wrongful Termination Cases." *Journal of Forensic Economics*, 24 (1): 41-66.

5. Becker, Gary. (1975). *Human Capital*. New York, NY: National Bureau of Economic Research.

6. Ben-Porath, Yoram. (1967). "The Production of Human Capital and the Life Cycle of Earnings." *Journal of Political Economy*, 75 (4): 352-365.

7. Board of Governors of the Federal Reserve System. (2022). "Economic and Research Data." https://www.federalreserve.gov/econresdata/default.htm (Selected Interest Rates – H.15).

8. *Bostock v. Clayton Cty., Ga.*, No. 17-1618 (June 16, 2020).

9. Brookshire, Michael L., and Stan V. Smith. (1990). *Economic/Hedonic Damages: The Practice Book for Plaintiff and Defense Attorneys.* Chicago, IL: Smith Economics Group, LTD.

10. Bureau of Labor Statistics. (2022a). "Current Employment Survey, Employment, Hours, and Earnings of Production and Nonsupervisory Employees." Washington, D.C., U.S. Bureau of Labor Statistics: http://data.bls.gov/pdq/SurveyOutputServlet (Databases, Tables, and Calculators by Subject).

11. Bureau of Labor Statistics. (2022b). "Employment Cost Index, Historical Listing – Volume 5." Washington, D.C., U.S. Bureau of Labor Statistics: https://www.bls.gov/web/eci/ecicois.pdf (Table 8).

12. Bureau of Labor Statistics. (2022c). "Consumer Price Index – CPI Databases." Washington, D.C., U.S. Bureau of Labor Statistics: https://www.bls.gov/cpi/data.htm (All Urban Consumers).

13. Bureau of Labor Statistics. (2022d). "Employer Costs for Employee Compensation – March 2022." *Monthly Labor Review*, June 16, 2022: http://www.bls.gov/news.release/pdf/ecec.pdf.

14. *Coffey v. Fayette Tubular Product*, 929 S.W.2d 326 (Tenn.1996).

15. Congressional Budget Office. (2022). "An Update to the Budget and Economic Outlook: 2022-2032." (May 2022 Update).

16. *Ford Motor Co. v. E.E.O.C.,* 458 U.S. 219, 102 S.Ct. 3057, 73 L.Ed.2d 721 (1982).

17. *Frye v. Memphis State University*, 806 S.W.2d 170 (Tenn.1991).

18. Gilbert, Roy F. (1997). "Long-Term and Short-Term Changes in Earnings Profiles." *Journal of Forensic Economics*, 10 (1): 29-49.

19. *Gunter v. Bemis Co.*, 906 F.3d 484 (6th Cir.2018).

20. *Hamlin v. Charter Tp. of Flint*, 165 F.3d 426 (6th Cir.1999).

21. *Jackson v. City of Cookeville*, 31 F.3d 1354 (6th Cir.1994).

22. *Jordan v. A.C. Enterprises, Inc.*, 2012 WL 6562032 (Tenn.Ct.App.2012).

23. Martin, Gerald D. (2010). *Determining Economic Damages*. Costa Mesa, CA: James Publishing Corporation.

24. Metropolitan Government of Nashville and Davidson County. (2018). "Comprehensive Annual Financial Report for the Year Ended June 30, 2018." Nashville, TN: https://www.nashville.gov/Portals/0/SiteContent/Finance/docs/CAFR/CAFR%202018.pdf

25. *Myint v. Allstate Ins. Co.,* 970 S.W.2d 920 (Tenn.1998).

26. OASDI data extracted from the Social Security Administration: http://www.ssa.gov.

27. *Pollard v. E.I. DuPont de Nemours, Inc.*, 338 F.Supp.2d 865 (W.D.Tenn.2003).

28. *Rasimas v. Michigan Dept. of Mental Health*, 714 F.2d 614 (6th Cir.1983).

29. *Roush v. KFC Nat'l Mgmt. Co.,* 10 F.3d 392 (6th Cir.1993).

30. *Scholz v. S.B. Intern., Inc.*, 40 S.W.3d 78 (Tenn.Ct.App.2000).

31. *Shore v. Federal Express Corp.,* 777 F.2d 1155 (6th Cir.1985).

32. Skoog, Gary R., James E. Ciecka, and Kurt V. Krueger. (2019). "The Markov Model Labor Force Activity 2012-2017: Extended Tables of Central Tendency, Shape, Percentile Points, and Bootstrap Standard Errors." *Journal of Forensic Economics*, 28 (1): 15-108.

33. Social Security Administration. (2022a). "Social Security: Contribution and Benefit Base." https://www.ssa.gov/OACT/COLA/cbb.html.

34. Social Security Administration. (2022b). "Benefits Calculator." https://www.ssa.gov/OACT/quickcalc/.

35. Social Security Trustees Report. (2022). "2022 OASDI Trustees Report." Washington, D.C.: Social Security Administration, 2022 OASDI Trustees Report, Economic Assumptions and Methods, Tables V.B1 and V.B2.

36. *Spencer v. A-1 Crane Serv., Inc.,* 880 S.W.2d 938 (Tenn.1994).

37. *Suggs v. ServiceMaster Educ. Food Management*, 72 F.3d 1228 (6th Cir.1996).

38. *Taylor v. Brennan*, 2015 WL 3466272 (W.D.Tenn.2015).

39. Tennessee Code Annotated §47-14-123.

40. *Thurman v. Yellow Freight Sys., Inc.,* 90 F.3d 1160 (6th Cir.1996).

41. *Tolan v. Levi Strauss & Co.,* 867 F.2d 467 (8th Cir.1989).

42. *United States v. City of Warren,* 138 F.3d 1083 (6th Cir.1998).

43. United States Department of Health and Human Services. (2022). "National Vital Statistics Reports, United States Life Tables, 2020." U.S. Department of Health and Human Services, Centers for Disease Control and Prevention, National Center for Health Statistics, National Vital Statistics System, United States Life Tables.