IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CAROL BARTON,

    Plaintiff,

v.

THE METROPOLITAN
GOVERNMENT OF NASHVILLE AND
DAVIDSON COUNTY, TENNESSEE,

    Defendant.

Case No. 3:20-cv-00118

Judge Campbell
Magistrate Judge Newbern

JURY DEMAND

## STIPULATIONS

Pursuant to the Court's Order (ECF No. 55), Plaintiff Carol Barton and Defendant, The Metropolitan Government of Nashville and Davidson County, Tennessee ("Metro") make the following stipulations regarding the facts of this case for purposes of the trial of this matter:

1. Carol Barton began her employment with Metro in 2003 as a part-time employee and started as a full-time employee in 2006.

2. Carol Barton's final day of employment in the Employee Resources Center was June 20, 2018.

3. Christy Overstreet's first day of employment within the Employee Resource Center was July 13, 2018.

4. The Parties stipulate to Dr. Charles Baum's qualifications as an economic expert.

Respectfully submitted,

*s/ Ashley Shoemaker Walter*
Heather Moore Collins BPR # 026099

1

Ashley Shoemaker Walter BPR #037651  
7000 Executive Center Drive, Suite 320  
Brentwood, TN 37027  
615-724-1996  
615-691-7019 FAX  
heather@hmccivilrights.com  
ashley@hmccivilrights.com  

*Attorneys for Plaintiff*


*s/ J. Brooks Fox*  
 J. Brooks Fox, # 16096  
Kelli F. Woodward, # 39538  
Benjamin A. Puckett, # 40042  
Metropolitan Courthouse, Suite 108  
P.O. Box 196300  
Nashville, Tennessee 37219-6300  
(615) 862-6341  
brook.fox@nashville.gov  
kelli.woodward@nashville.gov  
benjamin.puckett@nashville.gov  

*Attorneys for the Defendant*

## CERTIFICATE OF SERVICE

I certify that on November 8, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt:

J. Brooks Fox  
Kelli F. Woodward  
Benjamin A Puckett  
Metropolitan Courthouse, Suite 108  
P.O. Box 196300  
Nashville, Tennessee 37219-6300  
     .  
*Attorneys for the Defendant*

>*/s Ashley Shoemaker Walter*  
>Ashley Shoemaker Walter