IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CAROL BARTON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO. 3:20-cv-00118 |
| METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, | ) ) ) ) | JUDGE CAMPBELL |
| Defendant. | ) ) | |

# VERDICT FORM

1. Do you find that Metro discriminated against Ms. Barton in violation of Title VII?

    _____ YES      \_\_\_✓\_\_\_ NO

2. Do you find that Metro failed to accommodate Ms. Barton's religious observance in violation of Title VII?

    _____ YES      \_\_\_✓\_\_\_ NO

3. Do you find that Metro retaliated against Ms. Barton in violation of Title VII?

    _____ YES      \_\_\_✓\_\_\_ NO

*If you answered "Yes" to Question 1, 2, **or** 3, proceed to Question 4. If you answered "No" to **all** the above questions, skip the remaining question and have the Foreperson sign and date this form.*

4. What amount of compensatory damages should be awarded to Ms. Barton?

$ _____
(Amount of damages)

Please sign and date this form and return it to the Court.

_____
Jury Foreperson

_____11/10/2022_____
Date