IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CAROL BARTON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:20-cv-00118 |
| | ) | |
| v. | ) | Judge Campbell |
| | ) | Magistrate Judge Newbern |
| THE METROPOLITAN GOVERNMENT | ) | |
| OF NASHVILLE AND DAVIDSON CTY, | ) | |
| TENNESSEE, | ) | |
| | ) | JURY DEMAND |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION TO STAY DEFENDANT'S
MOTION FOR BILL OF COSTS UNTIL RESOLUTION OF PLAINTIFF'S PENDING
RULE 59 MOTION AND/OR APPEAL**

NOW COMES Plaintiff Carol Barton ("Plaintiff") and moves stay and hold Defendant's bill of costs in abeyance until resolution of Plaintiff's Rule 59 Motion (ECF 100) and/or any subsequent appeals. Plaintiff conferred with Defendant who does not oppose the motion.

Thus, Plaintiff respectfully requests Defendant's Motion for Bill of Costs be held in abeyance and stayed until resolution of the pending Rule 59 Motion and/or any subsequent appeals.

Respectfully submitted,

Respectfully submitted,

HMC Civil Rights Law, PLLC

*/s Heather M. Collins*
Heather Moore Collins BPR # 026099
Ashley S. Walter BPR #037651
7000 Executive Center Drive, Suite 320
Brentwood, TN 37027
615-724-1996
615-691-7019 FAX

1

heather@hmccivilrights.com
ashley@hmccivilrights.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on December 19, 2022, the forgoing was served on counsel by email to:

J. Brooks Fox
Metropolitan Courthouse, Suite 108
P.O. Box 196300
Nashville, Tennessee 37219-6300
(615) 862-6375

*Attorney for the Defendant*

<u>/s Heather M. Collins</u>
Heather Moore Collins